DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN E. WALKER,**
Appellant,

v.

**ROBYN WALLACE** f/k/a **ROBYN WALKER,**
Appellee.

No. 4D23-150

[July 27, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl A. Caracuzzo, Judge; L.T. Case No. 502021DR001367.

Stephen E. Walker, Jupiter, pro se.

John F. Schutz of John F. Schutz, PL, Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CIKLIN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***